**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

-and-

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer (*pro hac vice* forthcoming)
jmeltzer@ktmc.com
Melissa L Yeates (*pro hac vice* forthcoming)
myeates@ktmc.com
Tyler S. Graden (*pro hac vice* forthcoming)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
Daniel S. Dicce (*pro hac vice* forthcoming)
ddicce@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA DAWSON, MICHAEL DAWSON, LUIZ FILHO, ALKA GAUR, DAMIAN REYEZ JAQUEZ, YOLISA MKELE, and FERNANDA TATTO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC. and WHATSAPP, LLC., <br><br> Defendants. | Case No. 3:26-cv-00751-RFL <br><br> **PLAINTIFFS BRIAN Y. SHIRAZI and NIDA SAMSON'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12 AND 7-11** <br><br> Judge: Hon. Rita F. Lin |

BRIAN Y. SHIRAZI and NIDA SAMSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC., WHATSAPP LLC, ACCENTURE PLC, and ACCENTURE LLP,

Defendants.

Case No. 3:26-cv-02615-PHK

Judge: Hon. Peter H. Kang

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 3-12 and Rule 7-11 of the Civil Local Rules, Plaintiffs Brian Y. Shirazi and Nida Samson ("Plaintiffs"), the named Plaintiffs in *Shirazi v. Meta Platforms, Inc. et al.*, No. 3:26-cv-02615-PHK (N.D. Cal.) ("*Shirazi*"), move the Court to consider whether the cases should be related as follows:

**I.     THE TITLE AND CASE NUMBER OF EACH PROPOSED RELATED CASE**

On January 23, 2026, Plaintiffs Emma Dawson, Michael Dawson, Luiz Filho, Alka Gaur, Damian Reyez Jaquez, Yolisa Mkele, and Fernanda Tatto filed the above action captioned *Dawson v. Meta Platforms, Inc. et al.*, No. 3:26-cv-00751-RFL ("*Dawson*"). On March 25, 2026, Plaintiffs filed the case captioned *Shirazi v. Meta Platforms, Inc. et al.*, No. 3:26-cv-02615-PHK (N.D. Cal.).

Plaintiffs now move the Court to consider whether the *Dawson* and *Shirazi* matters should be related pursuant to Civil Local Rules 3-12 and 7-11. The operative Complaint for the *Shirazi* action is attached as Exhibit 1 to the Declaration of Jordan E. Jacobson, filed concurrently herewith.

**II.     BRIEF STATEMENT OF THE RELATIONSHIP OF THE ACTIONS**

Civil Local Rule 3-12(a) provides for actions to be related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different [j]udges."

Pursuant to Local Rule 3-12(a), the *Dawson* and *Shirazi* actions appear to be related because the actions (a) assert claims against some of the same defendants[1] and (b) arise from the same underlying event, i.e., Meta Platforms, Inc.'s and WhatsApp, LLC's ("Defendants") alleged interception, reading, storage, accessing and/or and viewing of supposedly end-to-end encrypted messages sent on the WhatsApp platform, failure to disclose that messages sent on the WhatsApp platform may be viewed by Defendants and/or third parties and breach of contractual duties.

---

[1] Both the *Dawson* and *Shirazi* actions name Meta Platforms, Inc. and WhatsApp, LLC as Defendants. The *Shirazi* action additionally names Accenture PLC and Accenture LLP as Defendants.

DATED: March 27, 2026

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

*/s/ Jordan E. Jacobson*
Joseph H. Meltzer (*pro hac vice* forthcoming)
jmeltzer@ktmc.com
Melissa L. Yeates (*pro hac vice* forthcoming)
myeates@ktmc.com
Tyler S. Graden (*pro hac vice* forthcoming)
tgraden@ktmc.com
Jordan E. Jacobson (Bar No. 302543)
jjacobson@ktmc.com
Daniel S. Dicce (*pro hac vice* forthcoming)
ddicce@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Jennifer L. Joost (Bar No. 296164)
jjoost@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001


*Counsel for Plaintiffs*