QUINN EMANUEL URQUHART
& SULLIVAN, LLP
 Adam Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
 Stephen A. Broome (Bar No. 314605)
 stephenbroome@quinnemanuel.com
 Kevin Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
 Valerie Roddy (Bar No. 235163)
 valerieroddy@quinnemanuel.com
 Lauren B. Lindsay (Bar No. 280516)
 laurenlindsay@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN, LLC
 Warren Postman (Bar No. 330869)
 wdp@kellerpostman.com
 Ashley Keller (pro hac vice forthcoming)
 ack@kellerpostman.com
 J.J. Snidow (pro hac vice forthcoming)
 jj.snidow@kellerpostman.com
 1101 Connecticut Avenue, N.W., Suite 1100
 Washington, D.C. 20036
 Telephone: (833) 633-0118

BARNETT LEGAL, PLLC
 Jay W. Barnett (pro hac vice forthcoming)
 jay@barnettlegal.net
3404 NW 135th Street
Oklahoma City, OK 73120
Telephone: (405) 456-9343

*Attorneys for Plaintiffs*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA DAWSON, MICHAEL DAWSON, LUIZ FILHO, ALKA GAUR, DAMIAN REYEZ JAQUEZ, YOLISA MKELE, and FERNANDA TATTO, on behalf of themselves and all others similarly situated<br><br>        Plaintiffs,<br>    v.<br><br>META PLATFORMS, INC., and WHATSAPP, LLC,<br><br>        Defendants. | Case No. 3:26-cv-0751-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES FOR OPPOSITION AND REPLY TO MOTION TO DISMISS** |

Case No. 26-cv-0751-RFL

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Emma Dawson, Michael Dawson, Luiz Filho, Alka Gaur, Damian Reyez Jaquez, Yolisa Mkele, and Fernanda Tatto ("Plaintiffs"), along with Defendants Meta Platforms, Inc. and WhatsApp, LLC ("Defendants"), collectively, the "Parties," by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 23, 2026, Plaintiffs filed the Complaint in this action (ECF No. 1);

WHEREAS, on March 27, 2026, Defendants moved to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) (ECF No. 29);

WHEREAS, on April 2, 2026, the Parties agreed to mutually extend the deadlines for the opposition and reply to Defendants' Motion to Dismiss by 14 days. *See* Declaration of Adam Wolfson ¶ 6;

WHEREAS, no prior extensions have been requested or granted in this case;

WHEREAS, on March 30, 2026, the Court vacated the hearing on Defendants' Motion to Dismiss, which had been set for June 2, 2026, pursuant to Judge Lin's Standing Order for Civil Cases (ECF No. 32);

WHEREAS, on March 30, 2026, the Court vacated the deadlines for the CMC statement and initial case management conference, and noted that it will re-set the deadlines following disposition of Defendants' Motion to Dismiss (ECF No. 33);

WHEREAS, the Parties agree that good cause exists to extend the time for the opposition and reply to Defendants' Motion to Dismiss because it will allow Parties to respond in a thorough manner, and that this Stipulation will not overly delay the case because the proposed extensions total to four weeks and there are no other current deadlines in the case;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, and subject to the Court's approval, that:

1. Plaintiffs' deadline to file its opposition to Defendants' Motion to Dismiss is April 24, 2026.

2. Defendants' deadline to file a reply in support of its Motion to Dismiss is May 15, 2026.

IT IS SO STIPULATED.

DATED: April 2, 2026

By: */s/ Winn Allen, P.C.*

KIRKLAND & ELLIS LLP
Winn Allen, P.C. (pro hac vice)
winn.allen@kirkland.com
T.J. McCarrick (pro hac vice)
tj.mccarrick@kirkland.com
Jordan L. Greene (pro hac vice)
jordan.greene@kirkland.com
Saunders McElroy (pro hac vice)
saunders.mcelroy@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

KIRKLAND & ELLIS LLP
Laura Vartain Horn (Bar No. 258485)
laura.vartain@kirkland.com
Bethany Lobo (Bar No. 248109)
bethany.lobo@kirkland.com
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Defendants*

By: */s/ Adam Wolfson*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Kevin Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
Lauren B. Lindsay (Bar No. 280516)
laurenlindsay@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN, LLC
Warren Postman (Bar No. 330869)
wdp@kellerpostman.com
Ashley Keller (pro hac vice forthcoming)
ack@kellerpostman.com
J.J. Snidow (pro hac vice forthcoming)
jj.snidow@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (833) 633-0118

BARNETT LEGAL, PLLC
Jay W. Barnett (pro hac vice forthcoming)
jay@barnettlegal.net
3404 NW 135th Street
Oklahoma City, OK 73120
Telephone: (405) 456-9343

*Attorneys for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.


DATED: April 2, 2026                         /s/*Adam Wolfson*
                                             Adam Wolfson
                                             *Attorney for Plaintiffs*

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____, 2026

_____
THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE