# EXHIBIT A

**CRIMSON VISTA**
Cybersecurity Analysis and Investigation

# Seth James Nielson's Vita

(512) 387-4310

seth@crimsonvista.com

March 2026

## Academic Degrees

| | | |
|---|---|---|
| 2009 | **Ph.D. Computer Science,** | Rice University, Houston, TX |
| 2004 | **M.S. Computer Science,** | Brigham Young University, Provo, UT |
| 2000 | **B.S. Computer Science,** | Brigham Young University, Provo, UT |

## Certifications

CISSP
GCFE

**CEO and Founder of Crimson Vista, Inc.**: Directing global cybersecurity strategy, industry technical partnerships, and the scaling and operations of forensic and engineering operations.

## Summary of Expertise and Experience

**100+ Forensic and Incident Response Engagements**: Leading specialized teams in reconstructing cyber intrusions, investigating trade secret misappropriation, and analyzing complex data artifacts on behalf of, for example, Fortune-50 organizations.

**25+ years of professional experience**: Working in industry as a subject-matter expert in software engineering, cybersecurity, and computer networks with breadth and depth in architectures, programming languages, protocols, cryptography, and evaluation.

**12 Years of Academic Leadership and Research**: Currently serving as Adjunct Associate Professor at the University of Texas at Austin; formerly Director of Advanced Research Projects and Research Scientist at Johns Hopkins University Information Security Institute.

**10 Years as a Qualified Testifying Expert**: Recognized expert in technical matters of patent infringement, validity, copyright, DMCA, industry standards, digital forensics and cybersecurity incidents.

## Summary of Core Competencies

| Strategic Leadership & Governance | Cybersecurity | Software Engineering | Computer Networks |
|---|---|---|---|
| CEO operations including strategy, partnerships, and training | Security design, analysis, and test including areas of cryptography, IOT, networks, malware, privacy, and others | Engineering of tools, products, and services in secure communications, software test, SDK, distributed file systems and more | Network protocols analysis, traffic analysis and packet capture for wired and wireless networks |
| Cybersecurity and compliance thought | Forensics and incident response across areas | Evaluation of root-cause-of-failure, | Email and social media security analysis, |

| leadership, business strategy, and planning for start-ups to boards | of cryptocurrency, digital devices, and source code | reasonable estimates, SDLC, code quality, and testing | threat analysis, and defenses |
|---|---|---|---|
| Training and program design for executives, teams, practitioners, and lawyers | Audit & Compliance for HIPAA, SOC-2, CMMC Level 2, and others | Source code reviews, evaluation, and analysis in C, C++, Python, Java, Go, Ruby, RTL/VHDL/Verilog, JavaScript, etc | Distributed ledger, cryptocurrency, and smart-contract test, design, and analysis |

## Current Appointments

CEO — Crimson Vista, Inc.

Director of Cybersecurity Research — Curuvar, LLC

Adjunct Assistant Professor — University of Texas at Austin

## Professional Service

International Cryptographic Module Conference, 2018-2026 Program Committee

## Professional Advising

2019-2024 — Advisory Board — Syccure, Inc.

## Non-profit and Community Engagement

2026- — Member — FBI's Infragard

2025 — Corporate Contribution — The Digital Harbor Foundation

2021-2025 — Founding Director — The Crypto Done Right Foundation

2019-2021 — Cyberlab Advisory Board — The SEED School of Maryland

## Grants and Research Awards

**Decentralizing Zero-Trust Infrastructure to Combat Advanced Persistent Threats and Malicious Insiders (Senior Personnel)**, NSF 2020 SBIR solicitation. Award number 2051989, Curuvar LLC.

**Mitigation of Ransomware**, DoD 2018.B STTR solicitation (Army), Topic: A18B-T010, Crimson Vista, $150,000 (2019)

**An Enabling Repository of Cryptographic Knowledge (Co-PI)**, Cisco Grant, Johns Hopkins University Information Security Institute, $150,000 (2017-2021)

## Patents

**Distributed Authentication Between Network Nodes. U.S. Patent 11,032,252**, filed January 2, 2019 and issued June 8, 2021. (*Co-inventor*)

**Systems and methods for security data in motion. U.S. Patent 8,745,372**, filed November 24, 2010 and issued June 3, 2014. (*Co-inventor*)

**Systems and methods for security data in motion. U.S. Patent 8,745,379**, filed August 20, 2012 and issued June 3, 2014. (*Co-inventor*)

**Systems and methods for security data. U.S. Patent 8,677,14,** filed January 27, 2012 and issued March 18, 2014 (Co-inventor)

## Academic Awards

Brown Fellowship

John and Eileen Tietze Fellowship

## University Research Funding

**Sel4 Security Appliance Capstone**, funded by Crimson Vista to Brigham Young University Department of Computer Science.  2021

## Publications

### Books

***Cyberfiduciary, Navigating SEC Mandates for Cybersecurity***. Seth James Nielson, Cristina Dolan (Expected Q2 2026).

***Discovering Cybersecurity: A Technical Introduction for the Absolute Beginner***. Seth James Nielson (December 2023).

***Practical Cryptography in Python, Learning Correct Cryptography by Example***. Seth James Nielson, Christopher K. Monson (October 2019).

### Refereed Publications

***Cracking a Continuous Flow Reactor: A Vulnerability Assessment for Chemical Additive Manufacturing Devices***. Joseph Kosturko, Eric Schlieber, Sean Futch, Seth James Nielson, In *Proceedings of the 2018 IEEE International Symposium on Technologies for Homeland Security* (September 2018).

***Potential Forensic Analysis of IoT Data: An Overview of Amazon Echo, Z-wave, and Home Router Data Extraction and Analysis***. Chanyang Shin, Prerit Chandok, Ran Liu, Seth James Nielson, Timothy Leschke, In *Proceedings of the 2017 IEEE International Conference on Internet of Things (iThings)*, Exeter, UK, pp. 705-710 (June 2017).

***PLAYGROUND: Preparing Students for the Cyber Battleground***. Seth James Nielson, *Computer Science Education*, volume 26, issue 4, pp. 255-276 (January 2017).

***Design Dysphasia and the Design Patterns Maintenance Cycle***. Seth James Nielson and Charles D. Knutson, *Information & Software Technology,* volume 48, number 8, pp. 660- 675 (August 2006).

***A Taxonomy of Rational Attacks***. Seth James Nielson, Scott S. Crosby, and Dan S. Wallach, In *Proceedings of the Fourth International Workshop on Peer-to-Peer Systems (IPTPS '05)*, Ithaca, New York (February 2005).

***OO++: Exploring the Multiparadigm Shift***. Seth J. Nielson and Charles D. Knutson. *Proceedings of the Workshop on Multiparadigm Programming with Object-Oriented Languages* (MPOOL 2004), Oslo, Norway (June 2004).

***Effective Bandwidth for Traffic Engineering***. Rob Kunz, Seth Nielson, Mark Clement, Quinn Snell, *Proceedings of the IEEE Workshop on High Performance Switching and Routing (HPSR 2001),* Dallas, TX, (May 2001)

**Testimony Before Government Bodies**

Testimony in support of *Maryland SB 151/HB 211 Criminal Law - Crimes Involving Computers – Ransomware*. Testimony given to the Judicial Proceedings Committee of the Maryland Senate and the Judiciary Committee of the Maryland House of Delegates (January/February 2019)

**Invited Talks, Panels, and Technical Training**

*Cyber Risk & Resilience – Conversations with Industry Leaders*. Seth James Nielson, Panel Moderator, Columbia University Technology Management Program, SPS (November 2025).

*Psychology & Incentives: How Social Engineering Exploits Privacy & Behavior*. Seth James Nielson and Maria Jose Castro Landaeta, RSAC 365 Webinar (January 2024).

*Data Security: Four Approaches to a Better Defensive Posture*. Seth James Nielson, 2023 Enterprise Data World, Anaheim, CA (September 2023).

*Securing Your Data Assets Against Hackers*. Seth James Nielson, 2021 Enterprise Data World, Boston, MA. (April 2021).

*The Cybersecurity of IP*. Seth James Nielson, 2020 Essential Cybersecurity Law, Austin, TX (Virtual). (July 2020).

*Security and Privacy for Data Architects*. Seth James Nielson, 2019 Data Architecture Summit, Chicago, IL (October 2019).

**Crypto Done Right, One Year In. Lessons Learned and Next Steps**. Seth James Nielson. Presented in the International Cryptographic Knowledge Base 2019 (ICMC 2019), Vancouver, Canada (May 2019).

*Hardening US Unmanned Systems Against Enemy Counter Measures*. Panel Discussion. Accepted invitation to 7th Annual DoD Unmanned Systems Summit, Alexandria, VA (April 2019).

*A Gentle Introduction to Blockchain*. Seth James Nielson. 2019 Enterprise Data World, Boston, MA (March 2019).

*A Gentle Introduction to Blockchain*. Seth James Nielson, 2018 Data Architecture Summit, Chicago, IL (October 2018).

*Detecting Malicious Sandboxes*. Seth James Nielson. Workshop on Defensive Deception and Trust in Autonomy, San Diego, CA (August 2018).

*Towards a Crowd-Sourced Cryptographic Knowledge Base*. Seth James Nielson and Debra Baker, Presented in the International Cryptographic Knowledge Base 2018 (ICMC18), Ottawa, Canada (May 2018).

*The PyPy Sandbox*. Seth James Nielson. Presented in the National Centers of Academic Excellence Tech Talk, Online (March 2018).

**Theses**

**Designing Incentives for Peer-to-Peer Systems**. *PhD Thesis.* (defended 10/2009)

**OO++ Design Patterns, GOF Revisited**. *Master's Thesis.* (defended 8/2004)

**Technical Reports**

**ChatGPT WANTS To Break Rules**. Seth James Nielson, Saige V. Nielson, and Jade Ashford., Crimson Vista Technical Report, CVTR-2025-001 (October 2025)

*The BitTorrent Anonymity Marketplace*. Seth James Nielson and Dan S. Wallach, arXiv Technical Report 1108.2718, (August 2011)

*Building Better Incentives for Robustness in BitTorrent*. Seth James Nielson, Caleb E. Spare, and Dan S. Wallach, arXiv Technical Report 1108.2716, (August 2011)

*Attacks on Local Searching Tools*, Seth James Nielson, Seth J. Fogarty, and Dan S. Wallach, arXiv Technical Report 1108.2704 (Originally produced in December, 2004, available on arXiv as of August 2011).

**White Papers and Trade Publications**

*Techniques for Discovering Unauthorized Copying in Software*. Seth James Nielson, Crimson Vista White Paper, (January 2022).

*Evaluation of the MarkMonitor AntiPiracy System*. Aviel D. Rubin, Seth J. Nielson, Christopher K. Monson, , Produced for the Center for Copyright Information (December 2013).

*Guidelines for Source Code Review in Hi-Tech Litigation*. Aviel D. Rubin, Seth J. Nielson, Sam Small, Christopher K. Monson, Harbor Labs White Paper (September 2013).

## Undergraduate Advising

**Independent Research and Capstones (University of Texas Austin)**

*Automated Partitioning of Software During Compilation*, Charlotte White, CS 370, Independent Study (Summer 2024).

*Automated Patching of Unsafe C Functions*, Nishaanth Saaketh Joopelli, CS 370, Independent Study (Summer 2024).

*Analysis of Image Provenance Techniques*, Tanuj Tekkale, CS 370, Independent Study (Summer 2024).

*Individual Voice Recognition using Machine Learning*. Andrew Dang, CS 370, Independent Study (Summer 2023).

*Malware Classification with SVM*. Monique Tran. CS 370, Independent Study (Summer 2023).

*SMART CONTRACTS: Different approaches to introduce external (off-chain) data*. Gonzalo Tamariz-Martel Sánchez (June 2022).

## Graduate Advising

**Capstones for Masters of Science in Security Informatics (Johns Hopkins)**

*Research on defense next-generation malware on the Windows platform*. Weizhou Wang, Runjie Zhang (December 2018).

*Open Source HSM Side Channel Analysis*. Yu-Tsern Jou, Ying Liu, Menghan Bai (December 2018).

*Side Channel Attack on HSM Based on Machine Learning*. Bowen Shi, Hong Ma, Mengqi Qin (December 2018).

*An Exploration of the Usability of HTTPS*. Dylan Richmond, Matthew Shonman, Jingcheng Yang (December 2018).

*Using Selective RAM Journaling to Fight Ransomware*. Steven Cheng, Venkata Aditya Bollapragada, and Antara Sargam (December 2018).

*Fault Tolerance System for IoT*. Yongqiang Fan, Haiwen Sun, (December 2018).

*IoT Discovery.* Weike Chen, Harry Luo, Prashanth Venkateswaran (August 2018).

*Cracking a Continuous Flow Reactor: A Vulnerability Assessment for Chemical Additive Manufacturing Devices*. Joseph "Jay" Kosturko, Eric Schlieber, Sean Futch (May 2018).

*Anti-Honeypot Detection in Advanced Botnet Attacks*. Chao Lei, Wenjun Li (December 2017).

*Securing ADS-B Based Airborne Collision Avoidance Systems*. Ritvik Sachdev, Purushottam Kulkarni, Praveen Malhan (December 2017).

*Security-Testing-Orientated Internet of Things(IoT) Simulator*. Ningyuan Bao, Mengying Hu (December 2017).

*AIS Data De-anonymization*. Zehuan Li, Shanshan Yang, Liangjia Fu (December 2017).

*Forensic Data Collection from IoT Devices*. Chanyang Shin, Prerit Chandok, Aurin Chakravarty (December 2017).

*Replication of CryptoDrop*. Kevin Manzotti, Kashif Memon, Rahul Durgad (December 2016).

*Detecting XSS attacks using BRO IDS*. Harshneel More, Jingmiao Wang, Yuanqi Zhu (December 2016).

*Feasibility, Security and Privacy Analysis of EMVCo Payment Tokenization Technology for Identity Enabled Transactions*. Asmaa Aljohani, Gyan Namdhari, Yue Zhu (December 2016).

*The Emperor Has No Friends: Identifying Botnet Customers and Mapping Out Botnets on Twitter*. Richard Eaton (May 2015).

*Investigating the Heartbleed Vulnerability*. Jingru Chen, Yaning Liu, Yifan Yu, Zhiyue Zu (2015).

*Security Techniques for Developing iOS Applications*. Kartik Thapar (February 2015).

*De-anonymizing BitCoin*. Jie Feng, Jianxiang Peng, Likai Zhang (January 2014).

## In the News

**"Johns Hopkins Researchers and OnBoard Security Team Up to Protect Drones,"** *Robotics Tomorrow*, 3/16/2018

**"Rice University Computer Scientists Find a Flaw in Google's New Desktop Search Program."** *New York Times*, 12/20/2004

## Teaching

**University of Texas at Austin**

Cybersecurity Tech/Law Policy (2020-2025)
Network Security and Privacy (2020-2021)

**Johns Hopkins University**

Advanced Network Security (2017 - 2019)
Network Security (2014 – 2019)

**Rice University**
    Data Structures and Algorithms (Spring 2008)

## <u>Selected Projects</u>
**Software Research**

- Insider-resistant Storage Service. Prototype complete. Stealth mode. (2025-)

**Forensic Analysis (e.g., Code/IP Theft)**

- Analysis of email artifacts to support provenance (Crimson Vista, 2026-)
- Analysis of web site contents over time (Crimson Vista, 2026-)
- Reverse engineering of software (1990's MS-DOS architecture) (Crimson Vista, 2026-)
- Forensic examination of exfiltrated data via fraudulent API access (Crimson Vista, 2025-)
- Neutral party forensic data collection: windows, macs, iphones, cloud (Crimson Vista, 2025-2026)
- Forensic investigation of potential CTO/CIO theft/destruction (Crimson Vista, 2025-2026)
- Trusted images research (UT Austin, 2024)
- Investigation of email transmissions, reception (Crimson Vista, 2024-2025)
- Investigation of stolen digital documents, provenance, handling (Crimson Vista, 2023-2025)
- Investigation of cryptocurrency transfers and fraud (Crimson Vista, 2023-)
- Investigation of website content development and provenance (Crimson Vista, 2023-2024)
- Investigation of server, laptop, and hard drives for indica of tampering (Crimson Vista, 2023)
- Investigation of voting machine software for vulnerabilities (Crimson Vista, 2022-2025)
- Investigation of altered/forged emails (Crimson Vista, 2022)
- CLE training related to source code analysis/trade secrets (Source Code Discovery, 2021)
- Investigation of IP/code theft related to MTA, spear-phishing, and email (Crimson Vista, 2019-2021)
- Investigation of code theft related to housing and rental software (Crimson Vista, 2019-2022)
- Investigation of code development for security vulnerabilities/intrusion (Crimson Vista, 2020)
- Investigation of code theft related to digital mobile radios (Crimson Vista, 2017-2021)
- Investigation of code theft related to financial trading software (Crimson Vista, 2016-2017)
- Investigation of code theft related to e-commerce (Harbor Labs, 2015)
- Investigation of IP theft related to domain anti-abuse (Harbor Labs, 2015)
- Investigation of IP theft related to high-frequency trading (Harbor Labs, 2010-2011)

**Intrusion and Incident Response**

- Akira Ransomware light-weight scanning tools and services (Crimson Vista, 2026-)
- Akira Ransomware response and recovery (Crimson Vista, 2025-)
- Post-incident response handling within VCISO framework (Crimson Vista, 2023-)
- Post-incident impact analysis for major bank (Crimson Vista, 2020-2021)
- Post-incident recovery management on behalf of insurance provider (Crimson Vista, 2019)

**Applied Cryptography**

- Analysis of ransomware intrusion cryptographic artifacts (Crimson Vista, 2024-)
- Multi-party key sharing and secrets (Crimson Vista, 2024-)

- Cryptography training modules (UT Austin, 2022-2025)
- Analysis of compromised password hashes (Crimson Vista, 2020)
- "Crypto Done Right", Cryptographic Knowledge Base Non Profit (2020-2024)
- "Crypto Done Right", Cryptographic Knowledge Base with Cisco (Johns Hopkins, 2017-2020)
- Simulated implementation of Vehicle-to-Vehicle authentication (Crimson Vista, 2018-2019)
- Cryptographic protocol analysis and design for Syccure, Inc. (Crimson Vista, 2017-2023)
- Timing attacks on Hardware Security Modules with Diamond Key Security (Johns Hopkins, 2018)
- Technical consulting for U.S. Dpt. of Justice (Antitrust Division, Transportation, Energy & Agriculture) (Crimson Vista, 2018)
- Aircraft/drone anti-collision protocol security with OnBoard Security (Johns Hopkins, 2017)
- Cryptographic communication library for Security First Corp (ISE, 2010-2011)
- Encryption library, file system encryption, GPU for Security First Corp (ISE, 2005-2011)

## Security Operations, Compliance, Oversight

- CMMC compliance consulting (Crimson Vista, 2025-)
- Security operations for MSPs (Crimson Vista, 2025-)
- MDM management and endpoint security (Crimson Vista, 2025-)
- Ransomware Defensive Operations (Crimson Vista, 2025-)
- BYOD security, Identity and Access Management, oversight (Crimson Vista, 2025-)
- Security and compliance audit of medical offices (Crimson Vista, 2025-)
- Identity and Access Management (Crimson Vista, 2025-)
- Terrorism analysis of social media and public data (Crimson Vista, 2025)
- Corporate board advisory (Crimson Vista, 2025-)
- Risk Assessment (Crimson Vista, 2024-)
- Penetration Testing (Crimson Vista, 2024-)
- AI Governance (Crimson Vista, 2024-)
- SEC cybersecurity disclosures (Crimson Vista, 2024-)
- GDPR, Privacy, PII analysis (Crimson Vista, 2024-)
- Security analysis of Twitter cybersecurity operations/practices (Crimson Vista, 2022)
- Virtual Chief Information Security Officer for IperionX (Crimson Vista, 2022-2023)

## IoT Devices and IoT Security

- Wireless communications, black box analysis, reverse engineering (Crimson Vista, 2025-)
- Medical implant analysis (Crimson Vista, 2024-2025)
- Robotic automation system (Crimson Vista, 2024-2025)
- Traffic lights and systems software analysis (Crimson Vista, 2023-2024)
- Vulnerability and exploitation analysis of voting machine hardware (Crimson Vista, 2023-2025)
- High-security appliance based on formal methods (Crimson Vista, BYU, 2021)
- Hadoop security research (Crimson Vista, 2021-2022)
- IoT data sensors for agricultural operations (Crimson Vista, 2020-2023)
- Contributor, reviewer for the Institute of Assured Autonomy (Johns Hopkins, 2019)
- IoT data aggregation security with Armored Things (Johns Hopkins, 2018-2019)
- Automated IoT device profiling with the Physics Lab (Johns Hopkins, 2018)
- Physical forensics from IoT devices (Johns Hopkins 2017)

**Network Security**

- Ransomware Detection, Testing and Simulation (Crimson Vista, 2025-)
- MPLS/VRF analysis (Crimson Vista, 2025-)
- Bluetooth-enabled alert system security analysis (Crimson Vista, 2024)
- Web security, cookies, XSS, XSRF training modules (UT Austin, 2023-2024)
- Phishing samples analysis (Crimson Vista, 2022-2023)
- WiFi transmission analysis, packet capture (Crimson Vista, 2023-2024)
- Security-Focused Data Discovery Methods and Practice (Crimson Vista, 2022-2023)
- Analysis of weaknesses in two-factor authentication (Crimson Vista, 2022-2023)
- Analysis of bots on Twitter in terms of prevalence, stealth, and impact (Crimson Vista, 2022)
- Secure distributed computing (Curuvar, 2021-2023)
- Hadoop deployment and security considerations (Crimson Vista, 2021-2022)
- SSO technology evaluation and test (UT Austin, Crimson Vista, 2021-2022)
- Information risk assessment with respect to data breach (Crimson Vista, 2020-2021)
- Data breach analysis with respect to password authentication (Crimson Vista, 2020-2021)
- Network security curriculum design for Law and Policy (University of Texas at Austin, 2020-2024)
- Network security curriculum design for undergraduates (University of Texas at Austin, 2020-2021)
- Network security curriculum design (Johns Hopkins, 2013-2019)
- Security analysis of financial services vendor for Fortune-100 client (Crimson Vista, 2018-2019)
- Analysis of secure e-mail transmission for confidential client (Crimson Vista, 2018-2019)
- Cloud storage system security evaluation for confidential client (Harbor Labs, 2015)
- Secure gateway security and compliance evaluation for SecurityFirst Corp (Harbor Labs, 2015)
- Gateway caching security/privacy engineering (Google, 2005)

**Malware and Viruses**

- Ransomware training modules (UT Austin, 2022-2023)
- Ransomware recovery research and development (Crimson Vista, 2018-2019)
- Advanced malware and malware defenses analysis (Johns Hopkins, 2018)
- Malware Analysis for Confidential Client (Crimson Vista, 2016)

**Privacy**

- Investigation of biometric tracking in commercial systems (Crimson Vista, 2024-2025)
- Investigation of location tracking in mobile devices (Crimson Vista, 2021-2025)
- Investigation of biometric tracking/transmission in devices and systems (Crimson Vista, 2021-2022)
- Development of an auditing tool for cookies and other web tracking (Crimson Vista, 2020, 2024)
- Audit of a large hospital network for cookies and web tracking (Confidential client, 2020)
- Development of a privacy curriculum for data architects (Crimson Vista, 2019)
- Anonymization of threat indicators with the Applied Physics Lab (Johns Hopkins, 2017)
- Analysis of anti-piracy vendor for Center for Copyright Information (Harbor Labs, 2013-2014)

**Machine Learning and AI**

- ChatGPT LLM exploitation analysis and evaluation (Crimson Vista, 2025)

- AI Agent Analysis/Engineering (Crimson Vista, 2025-)
- AI Governance (Crimson Vista, 2024-)
- LLM red team testing (Crimson Vista, 2024-)
- Investigation of use of unauthorized data in AI training (Crimson Vista, 2024)

**Miscellaneous Security Technologies**

- Distributed ledger technology for secure state replication (Curuvar, 2021-2023)
- Blockchain technology for sale and/or licensing of intellectual property (Crimson Vista, 2021-2022)
- Blockchain technology analysis for a start-up (Crimson Vista, 2019-2020)
- Analysis of cyber security norms for a confidential Fortune 100 client (Crimson Vista, 2018-2019)
- Analysis of vulnerabilities in portable chemical manufacturing system (Johns Hopkins, 2018)
- Open-Source Contribution and Sponsorship for The PyPy Project (Crimson Vista, 2018-2019)
- Blockchain and smart contract design for confidential start-up (Crimson Vista, 2018)
- Medical device system security evaluation for confidential client (Harbor Labs, 2015)

**Software Engineering and Software Analysis**

- Arduino microprocessor software for controlling hardware (Crimson Vista, 2025)
- Legacy software patching for modern applications (Crimson Vista, 2025)
- WiFi OS/Firmware analysis of MAC randomization, etc (Crimson Vista, 2024-2025)
- WiFi VHDL/Verilog analysis of Cyclic Shift, etc (Crimson Vista, 2024-2025)
- Automotive source code analysis (Crimson Vista, 2024-)
- Medical implant source code analysis (Crimson Vista, 2024-2025)
- WiFi VHDL/Verilog analysis of AX features (Crimson Vista, 2024)
- Automated least-privilege compilation/language research (UT Austin 2024-2025)
- Review of failed software project, root cause analysis, attribution (Crimson Vista, 2024-2025)
- Review of development practices, error handling, and robustness (Crimson Vista, 2023-2024)
- Open-source licensing analysis, build, and test (Crimson Vista, 2023-)
- GitHub analysis and statistics for effort estimation (Crimson Vista, 2022)
- Software theft analysis and tool design for various clients (Crimson Vista, 2018-)
- Cyber insurance investigations for Clyde & Co (Crimson Vista, 2018-2019)
- Distributed code coverage analysis tool for a confidential Fortune 100 client (ISE, 2011)
- Software engineering for Metrowerks Inc. (2001-2003, formerly Lineo Inc.)
- Code Languages: C, C++, Java, Python, Ruby, Scala, RTL/VHDL/Verilog, JavaScript, Go

## Employment History (Last Title Only)

**CEO**, Crimson Vista, Inc. (2016-).
**Adjunct Assistant Professor**, University of Texas at Austin (2020-).
**Founder and Partne**r, Source Code Discovery, LLC. (2019-2021).
**Director of Advanced Research Projects,** Johns Hopkins University (2016-2019).
**Adjunct Associate Research Scientist,** Johns Hopkins University (2014-2019).
**Principal**, Harbor Labs, LLC. (2011-2015).
**Senior Security Analyst,** Independent Security Evaluators (2005-2011).
**Summer Intern,** Google Inc. (2005).

**Software Engineer II**, Metrowerks (2001-2003).

# Expert Testimony

On behalf of Fortinet in Netskope v. Fortinet (3:22-CV-01852-TLT)
 Counsel:   Quinn Emanuel
 Venue:    Northern District of California, San Francisco Division
 Subject Matter: Cloud-based security, proxies, threat detection
 Deposition:   1 deposition March 2026

On behalf of Samsung in OS-New Horizon Personal Computing Solutions v Samsung (5:24-CV-00634-JRG-RSP)
 Counsel:   Goodwin Proctor
 Venue:    Eastern District of Texas, Marshall Division
 Subject Matter: Biometric sensors, hardware security, lifesign detection
 Deposition:   1 deposition February 2026

On behalf of Vizio in Software Freedom Conservancy v Vizio (30-2021-01226723-CU-BC-CJC)
 Counsel:   Quinn Emanuel
 Venue:    Superior Court of the State of California, County of Orange
 Subject Matter: Open source use in industry, nature and contents of artifacts, build issues
 Deposition:   1 deposition December 2025

On behalf of Nielsen Consumer Inc in Nielsen Holdings Limited v Nielsen Consumer Inc. (2025-0651-NAC)
 Counsel:   Ropes and Gray
 Venue:    Court of Chancery of the State of Delaware
 Subject Matter: Cybersecurity issues in data sharing agreement
 Reports:    1 report July 2025
 Deposition:   1 deposition July 2025
 Trial:     1 trial July 2025

On behalf of Samsung in Secure Wifi v Samsung (2:24-CV-00047-JRG)
 Counsel:   Blank Rome
 Venue:    Eastern District of Texas, Marshall Division
 Subject Matter: Source code analysis of Wifi modules
 Reports:    1 report July 2025
 Deposition:   1 deposition July 2025

On behalf of Axonics in Alfred E. Mann Foundation for Scientific Research v Axonics
 Counsel:   Tensegrity
 Venue:    JAMS Arbitration
 Subject Matter: Software completeness, correctness, comparison
 Reports:    1 report April 2025, 1 report May 2025, 1 report June 2025
 Deposition:   1 deposition June 2025, 1 deposition November 2025

In support of Unified's Request for Ex Parte Reexamination of 8,782,283
 Counsel:   Unified Patents
 Venue:    PTAB
 Subject Matter: Network security and data filtering
 Reports:    1 declaration, May 2024

On behalf of OANN in Dominion v. OANN
 Counsel:   Jackson Walker

Venue:            United States District Court for the District of Columbia
Subject Matter:   Electronic Voting Security
Reports:          3 reports, December 2024, January and March 2025
Deposition:       1 deposition April 2025

On behalf of USAA in PacID v. USAA
Counsel:          Fish and Richardson
Venue:            ITC
Subject Matter:   Secure communication protocols
Reports:          6 reports, March 2025

On behalf of the State of Texas in State of Texas v. Google
Counsel:          Norton Rose Fulbright
Venue:            District Court of Victoria County Texas
Subject Matter:   Biometric Data Storage
Reports:          1 report, February 2025

In support of Unified's Request for Ex Parte Reexamination of 7,249,262
Counsel:          Unified Patents
Venue:            PTAB
Subject Matter:   Network security and data filtering
Reports:          1 declaration, February 2024

On behalf of Proofpoint in Proofpoint Inc. v. Abnormal Security
Counsel:          McDermott Will & Emery, LLP
Venue:            Case No. CGC-21-597059 (Superior Court of California, County of San
                  Francisco)
Subject Matter:   Email Machine Learning
Reports:          1 report submitted October 2024
Deposition:       1 deposition October 2024

On behalf of LG Electronics in TOT Power Control v LG Electronics; C.A No. 21-1304-MN
Counsel:          DLA Piper
Venue:            District of Delaware
Subject Matter:   Outer loop power control, source code
Reports:          1 report September 2024
Deposition        1 deposition November 2024

On behalf of Dexcom in Dexcom v Abbott Diabetes Care; C.A. No. 22-605-KAJ
Counsel:          Quinn Emanuel
Venue:            District of Delaware
Subject Matter:   Glucose alerts source code
Reports:          1 report September 2024

On behalf of Axonics in In the Matter of Certain Video Processing Devices and Components Thereof; Investigation No. 337-TA-1396
Counsel:          Tensegrity
Venue:            ITC
Subject Matter:   Medical implant wireless transmission source code
Reports:          2 reports September 2024
Deposition:       1 deposition October 2024
Trial:            1 trial December 2024

On behalf of Apple in Carbyne v. Apple; Civil Action No. 1:23-cv-00324
- Counsel: Ropes and Gray
- Venue: West District of Texas, Austin Division
- Subject Matter: Authentication, Secure Storage, Secure Processing, Access
- Reports: 1 report August 2024, 1 report September 2024
- Deposition: 1 deposition October 2024
- Trial: 1 evidentiary hearing November 2024

In support of Unified's Request for Ex Parte Reexamination of 9,032,038
- Counsel: Unified Patents
- Venue: PTAB
- Subject Matter: Network security and data filtering
- Reports: 1 declaration, November 2024

In support of Unified's Request for Ex Parte Reexamination of 7,594,009
- Counsel: Unified Patents
- Venue: PTAB
- Subject Matter: Network security and data filtering
- Reports: 1 declaration, October 2024

On behalf of Commure in Commure v. Canopy Works; Case No. 3:24-cv-02592-AMO
- Counsel: Quinn Emanuel
- Venue: Norther District of California
- Subject Matter: Security norms and customs related to wireless security
- Reports: 1 declaration August 2024, 1 report March 2025
- Deposition: 1 deposition September 2024

On behalf of Samsara In the Matter of Certain Vehicle Telematics, Fleet Management, and Video-based Safety Systems, Devices, and Components Thereof, Investigation No. 337-TA-1393
- Counsel: Kirkland and Ellis
- Venue: ITC
- Subject Matter: Automotive tracking, safety, analysis source code
- Reports: 1 report August 2024, 1 report September 2024, 1 report November 2024
- Deposition: 1 deposition September 2024
- Trial: 1 trial March 2025

In support of Unified's Request for Ex Parte Reexamination of 10,601,780
- Counsel: Unified Patents
- Venue: PTAB
- Subject Matter: Network security and data filtering
- Reports: 1 declaration, August 2024

On behalf of BOKF in Dynapass v BOKF
- Counsel: Fish and Richardson
- Venue: Eastern District of Texas, Marshall Division
- Subject Matter: Multifactor Authentication, Financial Systems
- Reports: 1 report May 2024

On behalf of Samsung in Samsung v Maxell
- Counsel: DLA Piper
- Venue: PTAB; Eastern District of Texas Texarkana Division

Subject Matter:    Biometrics
Reports:           1 declaration April 2024, 1 report December 2024
Deposition:        1 deposition December 2024, 1 deposition February 2025
In Court:          Trial May 2025

On behalf of Forescout Technologies in Fortinet v Forescout Technologies
Counsel:           Winston & Strawn
Venue:             Northern District of California
Subject Matter:    Network security architecture and devices
Reports:           1 report March 2024
Deposition:        1 deposition May 2024

On behalf of Threat Modeler Software in Iriusrisk v Threat Modeler Software
Counsel:           Rimon
Venue:             PTAB
Subject Matter:    Threat modeling
Reports:           1 declaration January 2024, 1 declaration February 2024
Deposition:        1 deposition March 2024, 1 deposition April 2024

On behalf of Motorola Solutions in Motorola Solutions v. Hytera Communications
Counsel:           Kirkland and Ellis
Venue:             Northern District of Illinois, Eastern Division
Subject Matter:    Source code forensics
Reports:           1 declaration January 2024
Deposition:        1 deposition February 2024

In support of Unified's Request for Ex Parte Reexamination of U.S. Patent 7,586,871
Counsel:           Univied Patents
Venue:             PTAB
Subject Matter:    Network security and data filtering
Reports:           1 declaration, February 2024

On behalf of the State of Texas in State of Texas v. Google
Counsel:           Norton Rose Fulbright
Venue:             District Court of Victoria County Texas
Subject Matter:    Location tracking
Reports:           1 report, January 2024
Deposition:        1 deposition May 2024

In support of Unified's Request for Ex Parte Reexamination of U.S. Patent 9,264,441
Counsel:           Rothwell, Figg, Ernst, and Manbeck
Venue:             PTAB
Subject Matter:    Network security devices and operations
Reports:           1 declaration, January 2024

On behalf of Dennis Zeedyk in the United States vs. Dennis Zeedyk (2023-Present)
Counsel:           Saul Euwing
Venue:             Northern District of Indiana South Bend Division
Subject Matter:    Website forensics
Reports:           1 report November 2023

On behalf of OpenAI in OpenAI v Open Artificial Intelligence and Guy Ravine (2023-Present)

Counsel:            Quinn Emanuel
Venue               Northern District of California
Subject Matter:     Forensic investigation of website and related assets
Reports:            3 reports issued October 2023, January 2025, February 2025
Deposition:         1 deposition March 2025

On behalf of Palo Alto Networks in Centripetal Networks v Palo Alto Networks (2021-Present)
Counsel:            Norton Rose Fulbright and Ropes & Gray
Venue:              Eastern District of Virginia
Subject Matter:     Network security devices
Reports:            3 reports issued August 2023, September 2023, and October 2023
                    2 related declarations for EPR submitted July 2024
Deposition:         1 deposition October 2023
In Court:           January 2024

On behalf of Anchor Semiconductor in Elite v. Anchor (2022-Present)
Counsel:            Vennable
Venue:              Northern District of California
Subject Matter:     Forensic investigation of alleged sabotage and data destruction
Reports              1 report July 2023

In support of Unified Patents in Ex Parte Reexamination of U.S. Patent 9,438,614
Counsel:            Unified Patents
Venue:              PTAB
Subject Matter:     Machine learning and intrusion detection systems
Reports              1 declaration Apr 2023

On behalf of Trend Micro in Trend Micro v. TaaSera Licensing (2022-Present)
Counsel:            Marbury Law Group
Venue:              PTAB
Subject Matter:     Security technologies and devices (various)
Reports:            4 declarations Apr 2023

On behalf of Salesforce in WSOU Investments v. Salesforce (2022-Present)
Counsel:            Quinn Emanuel
Venue:              Western District of Texas
Subject Matter:     Source code related to transmission of marketing emails
Reports:            1 report March 2023
Deposition:         1 deposition August 2023

On behalf of Trend Micro in Trend Micro v. Webroot (2022-Present)
Counsel:            Marbury Law Group
Venue:              PTAB
Subject Matter:     Security technologies and devices (various)
Reports:            5 declarations Feb-Mar 2023, 5 declarations September 2023

On behalf of Fox News in Dominion Voting Systems v. Fox News (2022-2023)
Counsel:            Winston and Strawn
Venue:              Superior Court of the State of Delaware
Subject Matter:     Voting machine security including forensic investigation
Reports:            1 Report December 2022
Deposition:         1 deposition February 2023

On behalf of Public Storage in Estch v. Public Storage (2022-2023)
      Counsel:         Orrick
      Venue:           Eastern District of Texas
      Subject Matter:   VoIP, authentication, authorization
      Reports:        1 Report January 2023
      Deposition:     1 deposition January 2023

On behalf of Lenovo/Motorola Mobiliy in Maxell Ltd v. Lenovo/Motorola Mobility (2022-2023)
      Counsel:         Kirkland and Ellis
      Venue:           ITC
      Subject Matter:   Authentication
      Reports:        1 Declaration November 2022
                         2 Reports February 2023
      Deposition:     1 deposition March 2023

On behalf of Elon R Musk in Twitter Inc v. Elon R Musk (2022)
      Counsel:         Quinn Emanuel Urquhart & Sullivan, LLP
      Venue:           Court of Chancery of the State of Delaware
      Subject Matter:   Evaluation of Security in light of Whistleblower Report
      Reports:        1 Report October 2022

On behalf of Bissell, Inc. in Bissell Inc. v.  Tineco Intelligent Technology Co. Ltd., (2022)
      Counsel:         Quinn Emanuel Urquhart & Sullivan, LLP
      Venue:           ITC
      Subject Matter:   Forensic evaluation of source code
      Reports:        1 Report submitted September 2022
      Deposition:     1 deposition November 2022
      In Court:       December 2022

On behalf of Hakkasan USA in Hakkasan USA v  Endurance American Specialty Insurance (2022)
      Counsel:         Quinn Emanuel Urquhart & Sullivan, LLP
      Venue:           District of Nevada (Clark County)
      Subject Matter:   Forensic evaluation of emails
      Reports:        1 Report submitted May 2022
      Deposition:     1 deposition July 2022

On behalf of JTC in Seimens vs JTC (2021-2022)
      Counsel:         Peckar and Abramson, PC
      Venue:           American Arbitration Association
      Subject Matter:   Software Engineering Efforts
      Reports:        1 Report submitted in July 2021
                         1 Report submitted in September 2021
      Deposition:     1 deposition October 2021
      In Court:       March 2022 (arbitration)

On behalf of Samsung in Samsung v. Proxense (2021-2022)
      Counsel:         Quinn Emanuel Urquhart & Sullivan, LLP
      Venue:           Western District of Texas (Waco)
      Subject Matter:   Authentication, Authorization, Device-to-device
      Reports:        1 declaration submitted October 2021
      Deposition:     1 deposition October 2022

On behalf of Bitglass in Netskope, Inc. v. Bitglass Inc. (2021-2022)

    Counsel:        Irell and Manela, LLP
    Venue:          PTAB Petition for Inter Partes Review
    Subject Matter:  Authentication, Single-Sign-On
    Reports:       1 declaration submitted September 2021
                    1 declaration submitted March 2021

On behalf of The State of Arizona in Arizona v. Google (2021-2022)

    Counsel:        Ruttenberg IP Law
    Venue:          Superior Court of the State of Arizona (Maricopa)
    Subject Matter:  Privacy, Location tracking, Data collection
    Reports:       1 declaration submitted August 2021

On behalf of TLC in TLC v. Koninklijke Philips N.V., US Philips Corporation (2019-2021)

    Counsel:        Perkins Coie LLP
    Venue:          PTAB Petition for Inter Partes Review
    Subject Matter:  Cryptographic protocols
    Reports:       1 declaration submitted February 2021

On behalf of Magic Micro in Monsoon v. Magic Micro (2020-2021)

    Counsel:        Gutnicki, LLP
    Venue:          International Centre for Dispute Resolution
    Subject Matter:  Blockchain, file storage
    Reports:       1 declaration submitted October 2020
                    1 declaration submitted November 2020
    In Court:        In arbitration December 2020

On behalf of Juniper in Juniper Networks Inc. v. Huawei Digital Technologies Co. (2020-2021)

    Counsel:        Irell and Manella, LLP
    Venue           PTAB Petition for Inter Partes Review
    Subject Matter:  Network perimeter defense against malware
    Reports:       1 declaration submitted June 2020
                    1 declaration submitted July 2021
    Deposition:     1 deposition April 2021

On behalf of DivX in Netflix v. DivX (2020-2023)

    Counsel:        Lowenstein & Weatherwax, LLP
    Venue:          PTAB Petition for Inter Partes Review
    Subject Matter:  Encryption of streaming media
    Reports:       1 declaration submitted May 2020
                    1 declaration submitted December 2020
                    1 declaration submitted April 2021
    Deposition      1 deposition January 2021, 1 deposition February 2021

On behalf of Juniper in Juniper Networks Inc. v. Implicit LLC (2019-2020)

    Counsel:        Irell and Manella, LLP
    Venue:          PTAB Petition for Inter Partes Review
    Subject Matter:  Packet classification
    Reports:       1 declaration submitted February 2020

On behalf of the Dealership class in Dealer Management Systems Antitrust Litigation (2019-Present)

| | | |
|---|---|---|
| Counsel: | Milberg Phillips Grossman LLP |
| Venue: | Case No. 18-cv-00864 (Northern District of Illinois) |
| Subject Matter: | Cybersecurity, risk assessment, third-party access |
| Reports: | 1 report submitted November 2019 |
| Deposition: | 1 deposition January 2020 |

On behalf of Symantec in the Trustees of Columbia University in the City of New York v. Symantec Corporation. (2018-2022)

| | | |
|---|---|---|
| Counsel: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Venue: | Case No. Civil Action No. 3:13-cv-00808-JRS (Eastern District of Virginia) |
| Subject Matter: | Deception technologies, Honeypots |
| Reports: | 1 report submitted October 2019 |
| Deposition: | 1 deposition January 2020 |
| In Court: | April 2022 |

On behalf of Proofpoint in Proofpoint Inc. v. Vade Secure (2019-2021)

| | | |
|---|---|---|
| Counsel: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Venue: | Case No. 3:19-cv-04238 (Northern District of California) |
| Subject Matter: | Cloud-based email, malware detection, AI |
| Reports: | 1 report submitted September 2019, 1 report submitted December 2019 |
| | 1 report submitted February 2021, 1 report submitted April 2021 |
| Deposition: | 1 deposition April 2021 |
| In Court: | Expert testimony August 2021 |

On behalf of Bitdefender in Finjan Inc. v. BitDefender Inc. (2018-2021)

| | | |
|---|---|---|
| Counsel: | Susman Godfrey LLP |
| Venue: | Case No. 4:17-cv-4790-HSG (Northern District of California) |
| Subject Matter: | Web threat detection, malware, gateways |
| Reports: | 1 report submitted July 2019, 1 report submitted August 2019 |
| Deposition: | 1 deposition October 2019 |

On behalf of HTC in Koninklijke Philips N.V., US Philips Corporation v. HTC Corp., HTC America Inc. (2019-2020)

| | | |
|---|---|---|
| Counsel: | Perkins Coie LLP |
| Venue: | Case No. 4:18-cv-01887-HSG (Northern District of California) |
| Subject Matter: | Cryptographic protocols |
| Reports: | 1 report submitted May 2019, 1 report submitted June 2019 |
| Deposition: | 1 deposition August 2019 |

On behalf of Juniper in Juniper Networks Inc. v. Finjan Inc. (2018-2019)

| | | |
|---|---|---|
| Counsel: | Irell and Manella, LLP |
| Venue: | PTAB Petition for Inter Partes Review |
| Subject Matter: | Malware, firewall/gateway, network security |
| Reports: | 4 declarations submitted October 2018 |
| Deposition: | 1 deposition June 2019 |

On behalf of Redbox in Disney Enterprises, Inc., LucasFilm Ltd, LLC, and MVL Film Finance LLC v. Redbox Automated Retail, LLC. (2018)

| | | |
|---|---|---|
| Counsel: | Robins Kaplan LLP |
| Venue: | Case No. 2:17-cv-08655-DDP (AGRx) (Central District of California, Western Division) |
| Subject Matter: | DRM, cloud security, media streaming |
| Reports: | 1 declaration submitted May 2018 |

On behalf of Trend Micro in Trend Micro, Inc. v. Security Profiling, LLC (2017-2018)
  Counsel:   The Marbury Law Group, PLLC
  Venue:    Inter Partes Review Case No.  IPR2017-02191 and IPR2017-02192
  Subject Matter: Automated security patches
  Reports:   2 declarations submitted September 2017
  Deposition:  1 deposition June 2018

On behalf of TeleSign in Twilio Inc. v. TeleSign Corporation (2016-2021, multiple cases)
  Counsel:   Shook, Hardy & Bacon LLP
  Venue:    Inter Partes Review Case No. IPR2016-01688, IPR2016-00360, IPR2017-01976 IPR2017-01977, IPR2017-01978
        Case No. 5:16-cv-6925-LHK (Nor. District of California, San Jose Div.)
  Subject Matter: Telecommunications security
  Reports:   1 declaration submitted August 2016, May 2017, and July 2017
  Deposition:  1 deposition November 2016, 1 deposition July 2017, 1 deposition August 2017

On behalf of Blue Coat in Finjan Inc. v. Blue Coat Systems LLC (2017-2018)
  Counsel:   Originally Wilson, Sonsini, Goodrich and Rosati PC; later Morrison & Foerster LLP
  Venue:    Case No. 15-cv-03295-BLF-SVK (Nor. District of California, San Div.)
  Subject Matter: Firewalls, gateway, security devices, malware
  Reports:   1 report submitted April 2017
  Deposition:  1 deposition  April 2017
  In Court:   Tech tutorial February 2017, expert testimony November 2017

On behalf of Sedosoft in Sedosoft Inc. v Mark Burchett LTD and NFSx9 LLC (2016)
  Counsel:   McInnes and McLane LLP
  Venue:    Case No. Civil Action No. 1:15-cv-10244-RGS (District of Massachusetts)
  Subject Matter: Code theft
  Reports:   1 report submitted May 2016 and August 2016

On behalf of USAA in Asghari-Kamrani, et al. v. United Services Automobile Association, Inc.
  Counsel:   Fish and Richardson PC
  Venue:    Inter Partes Review Case No. IPR2015-01842, and CBM2016-00063, CBM2016-00064
  Subject Matter: Applied cryptography, authentication
  Reports:   1 report submitted September 2015, 1 report submitted April 2016
  Deposition:  1 deposition March 2017

On behalf of WTS Paradigm in WTS PARADIGM, LLC v EDGEAQ, LLC (2015-2016)
  Counsel:   Quarles & Brady LLP
  Venue:    Case No. 3:15-CV-330 (Western District of Wisconsin)
  Subject Matter: Software-assisted product configuration, presentation, and ordering
  Reports:   1 report submitted March 2016
  Deposition:  1 deposition April 2016

On behalf of Mr Leon Stambler in Mr. Leon Stambler v Mastercard IPR (2015-2016)
  Counsel:   Flachsbart & Greenspoon, LLC
  Venue:    CBM2015-00044
  Subject Matter: Authentication, authentication codes

Reports:          1 declaration submitted October 2015
Deposition:      1 deposition December 2015

On behalf of Trusteer/IBM in Trusted Knight Corporation v. International Business Machines Corporation and Trusteer, Inc. (2015)

| | |
|---|---|
| Counsel: | Quinn Emanuel Urquhart & Sullivan LLP |
| Venue: | C.A. No. 14-1063 LPS-CJB (District of Delaware) |
| Subject Matter: | Key logging, protections against |
| Reports: | 1 declaration submitted July 2015 |

On behalf of Sensus in Sensus USA, Inc. v. Certified Measurement, LLC (2015)

| | |
|---|---|
| Counsel: | Feldman Gale PA |
| Venue: | Inter Partes Review Case No. IPR2015-01262, IPR2015-01311, IPR2015-01439, IPR2015-01454 |
| | Case number 3:14-cv-01069 (District of Connecticut) |
| Subject Matter: | Applied cryptography, certification of data |
| Reports: | 1 declaration submitted June 2015, 4 declarations submitted July 2015 |

On behalf of Chad Eichenberger in Chad Eichenberger v. ESPN (2015)

| | |
|---|---|
| Counsel: | Edelson PC |
| Venue: | Case No. 2:14-cv-00463 (Western District of Washington) |
| Subject Matter: | Consumer privacy |
| Reports: | 1 declaration submitted January 2015 |

On behalf of Microsoft Corporation in Microsoft Corporation v. Optimum Content Protection LLC. (2014)

| | |
|---|---|
| Counsel: | Sidley Austin LLP |
| Venue: | Inter Partes Review No. IPR2015-00048 |
| Subject Matter: | DRM, data streaming, protection |
| Reports: | 1 declaration submitted October 2014 |

On behalf of Fortinet in Fortinet v. Sophos (2014-2015, multiple cases)

| | |
|---|---|
| Counsel: | Quinn Emanuel Urquhart & Sullivan LLP |
| Venue: | Inter Partes Review No. IPR2015-00618 |
| | Case No. 3:13-cv-05831-EMC (DMR) (Nor. District of California, SF div.) |
| | Case No. 1:14-cv-00100-GMS (District of Delware) |
| Subject Matter: | Antivirus, anti-malware |
| Reports: | 2 declarations submitted September 2014, 1 submitted September 2015 |
| | 1 report submitted October 2015, November 2015 |
| Deposition: | 1 deposition October 2014, 1 deposition October 2015 |
| In Court: | Tech tutorial December 2015 |

On behalf of Afilias in Afilias PLC v Architelos Inc and Alexa Raad (2015)

| | |
|---|---|
| Counsel: | Haynes Boone LLP |
| Venue: | Case No. 1:15-cv-00014-LMB-JFA (Eastern District of Virginia) |
| Subject Matter: | Domain name system anti-abuse |
| Reports: | 1 report submitted April 2015, May 2015 |
| Deposition: | 1 deposition June 2015 |
| In Court: | Expert testimony August 2015 |

On behalf of Telit in M2M v. Motorola, Telit (2015-2016)

| | |
|---|---|
| Counsel: | Pearl Cohen Zedek Latzer Baratz LLP |
| Venue: | Case No. 12-033-RGA (District of Delaware) |

Subject Matter:    Authentication
Reports:    1 declaration submitted May 2014,
    1 report submitted July 2014, August 2014
Deposition:    1 deposition June 2015

On behalf of Rmail/Rpost in Rmail Limited, v.  Amazon.com, Inc., and Paypal and Rmail Limited, Rpost Communications Limited, and Rpost Holdings Inc., v.Docusign, Inc. (2013-2014)

Counsel:    Hudnell Law Group PC
Venue:    Case No. 2:10-CV-258-JRG (Lead Case)
    Case No. 2:11-CV-299-JRG (Member Case) (E.D. Texas)
Subject Matter:    Email security
Reports:    2 reports April 2013, 1 declaration June 2013
Depositions    1 deposition May 2013 (2 days)

On behalf of Via Vadis in Via Vadis v. Skype (2012-2014)

Counsel:    WTP Law
Venue:    Via Vadis v. Skype, Case No. 11-507 (RGA) (District of Delaware)
Subject Matter:    P2P communications
Reports:    1 affidavit December 2012