WILLIAMS & CONNOLLY LLP
Dane Butswinkas (admitted *pro hac vice*)
dbutswinkas@wc.com
C. Bryan Wilson (admitted *pro hac vice*)
cwilson@wc.com
William Snyderwine (admitted *pro hac vice*)
wsnyderwine@wc.com
David Krinsky (admitted *pro hac vice*)
dkrinsky@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

LEWIS & LLEWELLYN LLP
Rebecca Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
Marjon Momand (Bar No. 327877)
mmomand@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DAWSON, MICHAEL DAWSON, LUIZ FILHO, ALKA GAUR, DAMIAN REYEZ JAQUEZ, YOLISA MKELE, and FERNANDA TATTO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC. and WHATSAPP, LLC,<br><br>Defendants. | Case No. 3:26-cv-00751-RFL<br><br>**DECLARATION OF REBECCA FURMAN IN SUPPORT OF STIPULATION TO EXTEND THE DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND MODIFY BRIEFING SCHEDULE**<br><br>Judge: Rita F. Lin<br><br>First Amended Complaint Filed: August 4, 2026 |

1

I, Rebecca Furman, hereby declare as follows:

1.      I am an attorney admitted to practice law in the state of California and a partner with Lewis & Llewellyn LLP, counsel of record for Defendants Meta Platforms, Inc. and WhatsApp, LLC ("Defendants") in the above-captioned action. I submit this declaration pursuant to Local Rule 6-2(a) in support of the Parties' Stipulation to Extend the Deadline to Respond to First Amended Complaint and Modify Briefing Schedule. I make this declaration based on my personal knowledge and could and would testify competently thereto if necessary.

2.      On August 4, 2026, Plaintiffs filed the First Amended Complaint ("FAC") (Dkt. 59).

3.      Defendants' current deadline to respond to the FAC is August 18, 2026.

4.      Defendants intend to file a motion to dismiss.

5.      Counsel for the Parties have met and conferred and have agreed to jointly request a modification of briefing deadlines to accommodate defense counsel's scheduling conflicts, including multiple marriages and pre-scheduled travel.

6.      The Parties have agreed to a seven-day extension of the current Response Deadline, until August 25, 2026, and a commensurate seven-day extension of Plaintiffs' deadline to oppose Defendants' motion to dismiss.

7.      The Parties seek to enter the following briefing schedule:

| Event | Stipulated Deadline |
|---|---|
| Motion to Dismiss | August 25, 2026 |
| Opposition | September 15, 2026 |
| Reply | September 22, 2026 |

8.      <u>Prior Extensions</u>: This is the first time the Parties request to modify deadlines in response to the FAC.

9.      No other deadlines in this action will be affected by these extensions.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August 2026, in San Francisco, California

_____
Rebecca Furman