WILLIAMS & CONNOLLY LLP
Dane Butswinkas (admitted *pro hac vice*)
dbutswinkas@wc.com
C. Bryan Wilson (admitted *pro hac vice*)
cwilson@wc.com
William Snyderwine (admitted *pro hac vice*)
wsnyderwine@wc.com
David Krinsky (admitted *pro hac vice*)
dkrinsky@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000

LEWIS & LLEWELLYN LLP
Rebecca Furman (Bar No. 294082)
bfurman@lewisllewellyn.com
Marjon Momand (Bar No. 327877)
mmomand@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DAWSON, MICHAEL DAWSON, LUIZ FILHO, ALKA GAUR, DAMIAN REYEZ JAQUEZ, YOLISA MKELE, and FERNANDA TATTO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC. and WHATSAPP, LLC, <br><br> Defendants. | Case No. 3:26-cv-00751-RFL <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND MODIFY BRIEFING SCHEDULE** |

## ORDER

The Court has received and reviewed the Stipulation to Extend the Deadline to File Response to First Amended Complaint and Modify Briefing Schedule, as well as the Declaration of Rebecca Furman, seeking leave pursuant to Civil L.R. 6-2.

Based on the Stipulation and Declaration, and GOOD CAUSE APPEARING, it is hereby ordered that:

1. The deadline for Defendants to file a response to the FAC is extended from August 18, 2026 to August 25, 2026.

2. The deadline for Plaintiffs to file an opposition to the motion to dismiss is extended to September 15, 2026.

3. The deadline for Defendants to file a reply is September 22, 2026.

**IT IS SO ORDERED.**

Dated: August 11, 2026_____

_____
Hon. Rita F. Lin
United States District Judge

2
ORDER GRANTING STIPULATION TO EXTEND DEADLINES CASE NO.
3:26-CV-00751-RFL