QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Kevin Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
Lauren B. Lindsay (Bar No. 280516)
laurenlindsay@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN, LLC
Warren Postman (Bar No. 330869)
wdp@kellerpostman.com
Ashley Keller (pro hac vice forthcoming)
ack@kellerpostman.com
J.J. Snidow (pro hac vice forthcoming)
jj.snidow@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (833) 633-0118

BARNETT LEGAL, PLLC
Jay W. Barnett (pro hac vice forthcoming)
jay@barnettlegal.net
3404 NW 135th Street
Oklahoma City, OK 73120
Telephone: (405) 456-9343

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

EMMA DAWSON, MICHAEL DAWSON, LUIZ FILHO, ALKA GAUR, DAMIAN REYEZ JAQUEZ, YOLISA MKELE, and FERNANDA TATTO, on behalf of themselves and all others similarly situated

Plaintiffs,

v.

META PLATFORMS, INC., and WHATSAPP, LLC,

Defendants.

Case No. 3:26-cv-00751-RFL

**CLASS ACTION**

**PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER OPPOSITION TO META PLATFORMS, INC., AND WHATSAPP LLC'S MOTION TO DISMISS**

Complaint Filed Date: January 23, 2026

Judge: Honorable Rita F. Lin

Pursuant to Local Rule 7-3(d)(2), Plaintiffs Emma Dawson, *et al.*, respectfully submit this Statement of Recent Decision, identifying *Black v. IEC Group, Inc.*, No. 25-5952, 2026 WL 3031874 (9th Cir. Oct. 9, 2026) ("*Black*") (a true and correct copy attached hereto as **Exhibit A**) as additional relevant authority in support of Plaintiffs' opposition to Meta Platforms, Inc. and WhatsApp LLC's Motion to Dismiss the First Amended Complaint (Dkt. 73).

In *Black*, the Ninth Circuit reversed a dismissal for lack of standing, finding that the plaintiffs had alleged an injury in fact. Among other holdings, the Ninth Circuit observed that, as Plaintiffs allege here, "[a] relationship of trust and confidence is often formed by contract or an implied promise" and that plaintiffs therefore articulate Article III standing and harm where "Plaintiffs have alleged a confidential relationship grounded in promises made by Defendant and a breach of those promises." *Black*, 2026 WL 3031874, at *6. In making these findings, the Ninth Circuit did not analyze any allegations under Rule 9(b).

DATED: October 19, 2026

By: */s/ Adam Wolfson*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Kevin Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
Lauren B. Lindsay (Bar No. 280516)
laurenlindsay@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN, LLC
Warren Postman (Bar No. 330869)
wdp@kellerpostman.com
Ashley Keller (pro hac vice forthcoming)
ack@kellerpostman.com
J.J. Snidow (pro hac vice forthcoming)

jj.snidow@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (833) 633-0118

BARNETT LEGAL, PLLC
Jay W. Barnett (pro hac vice forthcoming)
jay@barnettlegal.net
3404 NW 135th Street
Oklahoma City, OK 73120
Telephone: (405) 456-9343

*Attorneys for Plaintiffs*